CLIFTON TYRON HOLLOWAY      WALTHALL HOSPITAL
129 HOLY HILL RD           100 HOSPITAL DR
JAYESS, MS 39641           TYLERTOWN, MS 39667

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CASCADE FINANCIAL
ATTN: BANKRUPTCY
P.O. BOX 15035
CHANDLER,, AZ 85244

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEFFERSON CAPITAL SYST
P.O. BOX 7999
SAINT CLOUD, MN 56302

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

RAWLINGS & MACINNIS
P.O. BOX 1789
MADISON, MS 39130

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001