**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Clifton Tyron Holloway, Debtor**           **Case No. 26-50785-KMS**
                                                                                  **CHAPTER 13**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1.  I have personal knowledge of the facts listed in the foregoing situation.

2.  I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3.  I filed this bankruptcy petition on 05/12/2026.

4.  I previously filed bankruptcy case number 24-51622 under Chapter 13 on 11/11/2024 and that case was dismissed on 12/12/2025.

5.  I have had no other pending bankruptcy cases in the preceding one-year period.

6.  I have not had any prior cases dismissed in the past year for any of the following reasons:

    •   Failure to file or amend the petition or other required documents without substantial excuse;
    •   failure to provide adequate protection as ordered by the Court; or
    •   failure to perform the terms of a plan confirmed by the Court.

7.  I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8.  Those changes are as follows:

    I lost my job in the prior case. I am now employed and can make the monthly plan payments.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 05/12/2026                    /s/ Clifton Tyron Holloway
                                                              Clifton Tyron Holloway