```
CLIFTON TYRON HOLLOWAY       US ATTORNEY GENERAL
129 HOLY HILL RD             US DEPT OF JUSTICE
JAYESS, MS 39641            950 PENNSYLVANIA AVENW
                            WASHINGTON, DC 20530-0001


THOMAS C. ROLLINS, JR.       WALTHALL HOSPITAL
THE ROLLINS LAW FIRM, PLLC 100 HOSPITAL DR
P.O. BOX 13767              TYLERTOWN, MS 39667
JACKSON, MS 39236


CASCADE FINANCIAL
ATTN: BANKRUPTCY
P.O. BOX 15035
CHANDLER,, AZ 85244


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


JEFFERSON CAPITAL SYST
P.O. BOX 7999
SAINT CLOUD, MN 56302



MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808



RAWLINGS & MACINNIS
P.O. BOX 1789
MADISON, MS 39130



SUMMIT MANAGEMENT ***
P.O. BOX 489
MILAN, TN 38358
```