# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50785          **Case Name:** Clifton Tyron Holloway

**Set:** 07/14/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #32) - RESET TO 8/11/26 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [7] Confirmation Hearing) The Trustee's Objection (Dkt. #32) is reset to 8/11/26. Confirmation hearing removed. (mcc)