UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CLIFTON TYRON HOLLOWAY

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50785 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

SOUTHWEST STAGE FUNDING, LLC
DBA CASCADE FINANCIAL SERVICES
PO BOX 15035
CHANDLER, AZ  85244

Court Claim No. 2

Date of Notice of Post-Petition Mortgage Fees/Expenses:  July 15, 2026

Amount of Post-Petition Mortgage Fees/Expenses:  $350.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on July 16, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

CLIFTON TYRON HOLLOWAY
129 Holy Hill Rd
Jayess, MS  39641

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

SOUTHWEST STAGE FUNDING, LLC
DBA CASCADE FINANCIAL SERVICES
PO BOX 15035
CHANDLER, AZ  85244

/s/  David Rawlings
DAVID RAWLINGS, TRUSTEE