United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50785-KMS
Clifton Tyron Holloway Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: n031 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clifton Tyron Holloway, 129 Holy Hill Rd, Jayess, MS 39641-8034 |
| 5670934 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |
| 5682963 | + | Summit Management, PO Box 489, Milan, TN 38358-0489 |
| 5670936 | + | Walthall Hospital, 100 Hospital Dr, Tylertown, MS 39667-2099 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5694183 | + | Email/Text: lcarson@hatlawfirm.com | Aug 14 2026 19:37:00 | Atwood Rentals, Inc., c/o Hagwood and Tipton, PC, P.O. Box 726, Paris, TN 38242-0726 |
| 5691303 | | Email/Text: bankruptcy@cascadeloans.com | Aug 14 2026 19:36:00 | Southwest Stage Funding, LLC dba Cascade Financial, PO Box 15035, Chandler, AZ 85244 |
| 5670929 | | Email/Text: bankruptcy@cascadeloans.com | Aug 14 2026 19:36:00 | Cascade Financial, Attn: Bankruptcy, P.O. Box 15035, Chandler,, AZ 85244 |
| 5670931 | + | Email/Text: ebone.woods@usdoj.gov | Aug 14 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5670930 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2026 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5670932 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 19:37:00 | Jefferson Capital Syst, P.O. Box 7999, Saint Cloud, MN 56302 |
| 5683406 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 19:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5670933 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 14 2026 19:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5670935 | ^ | MEBN | Aug 14 2026 19:34:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Southwest Stage Funding, LLC dba Cascade Financial |
| cr | *P++ | CASCADE FINANCIAL, BANKRUPTCY DEPT, 2701 E INSIGHT WAY, STE 150, CHANDLER AZ 85286-1930, address filed with court:, SOUTHWEST STAGE FUNDING, LLC DBA CASCADE FINANCIAL, PO Box 15035, Chandler, AZ 85244 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor Southwest Stage Funding LLC dba Cascade Financial Services Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Clifton Tyron Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50785−KMS
**Chapter:** 13

**In re:**

Clifton Tyron Holloway
aka Clifton T Holloway
129 Holy Hill Rd
Jayess, MS 39641

## Notice of Entry of Order Confirming Plan

The Court entered an Order on August 14, 2026 (Dkt. # 45 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 14, 2026

Danny L. Miller, Clerk of Court