**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CLIFTON TYRON HOLLOWAY** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | **CASE NO: 26-50785-KMS** |
| | ) | **CHAPTER 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**NOW COMES**, Michael E. Phillips of the firm Hagwood and Tipton, PC, and gives notice to the Court and to all parties of his appearance as counsel of record for Atwood Rentals, Inc.

**REQUEST** is further made by counsel, pursuant to FED. R. BANKR. P. 2002, that all pleadings, notices, and any other papers filed or submitted in this case be addressed to Hagwood and Tipton, PC, P.O. Box 726, Paris, TN 38242, and that its address be added to the Clerk's list of Creditors.

**RESPECTFULLY SUBMITTED**, this the 16th day of October, 2026.

Atwood Rentals, Inc.
HAGWOOD AND TIPTON, PC

BY: */s/ Michael E. Phillips*
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Facsimile: 601-362-3642
Email: mphillips@hatlawfirm.com
*Attorney for Atwood Rentals, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I served a copy of the foregoing upon counsel of record by having employees of Hagwood and Tipton, PC, acting at my direction, file the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record as follows:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
*Attorney for Debtor*

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
*Trustee*

And, via U. S. Mail, postage prepaid and properly addressed to the following non-ECF recipient:

Clifton Tyrone Holloway
129 Holy Hill Rd
Jayes, MS 39641
*Debtor*

This, the 16th day of October, 2026.

*/s/ Michael E. Phillips*
Michael E. Phillips