**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CLIFTON TYRON HOLLOWAY** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | **CASE NO:26-50785-KMS** |
| | ) | **CHAPTER 13** |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Atwood Rentals, Inc. ("Petitioner") files this Motion for Relief from the Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. Petitioner is a limited liability company organized and existing under the laws of the State of Tennessee and is authorized to do business in the State of Mississippi.

2. Clifton Tyron Holloway, Respondent herein, is a citizen and resident of Walthall County, Mississippi.

3. Petitioner holds a certain Rental Purchase Agreement and Disclosure Statement (36-month) (hereinafter referred to as the "Agreement" and attached hereto and incorporated herein as **Exhibit 1**) executed by Clifton Tyron Holloway (hereinafter referred to as Debtor) on or about January 10, 2025. Under the specific terms of the Agreement, Debtor agreed to lease personal property, specifically a 10' x 20' Portable Side Utility Storage Building bearing serial no. USUTX-216746E-1020-120123 from Petitioner (hereinafter referred to as "Building"). Also, under the terms of the Agreement, Debtor's total monthly lease payment was $255.14 (including applicable taxes) per month, and in exchange, he would have access and use of the Building.

4. On August 14, 2026, the Chapter 13 plan was confirmed (Doc. 45). Petitioner is properly listed on Part 6: Executory Contracts and Unexpired Leases as Summit Management Group to be assumed with ongoing post-petition payments to be disbursed by the Respondent directly to the Petitioner beginning with the May 2026 payment. The account has no pre-petition default.

5. As of the date of Debtor's Chapter 13 filing, Debtor was not in default. As of today's date, Debtor has post-petition default in the amount of $825.42.

6. Petitioner is entitled to possession of the subject collateral by reason of Debtor's default.

7. But for the automatic stay the Debtor received pursuant to the filing of the bankruptcy petition, Petitioner would be entitled to possession of its collateral pursuant to the terms of the Rental Purchase Agreement and Disclosure Statement and all other applicable laws in the State of Mississippi.

WHEREFORE, Petitioner prays:

1. That it be granted relief from the § 362 automatic stay herein to take possession of the subject collateral.

2. That the provisions of Rule 4001(a)(4) be waived.

**RESPECTFULLY SUBMITTED**, this the 16th day of October, 2026.

Atwood Rentals, Inc.
HAGWOOD AND TIPTON, PC

BY: */s/ Michael E. Phillips*
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Facsimile: 601-362-3642
Email: mphillips@hatlawfirm.com
*Attorney for* Atwood Rentals, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I served a copy of the foregoing upon counsel of record by having employees of Hagwood and Tipton, PC, acting at my direction, file the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record as follows:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
*Attorney for Debtor*

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
*Trustee*

And, via U. S. Mail, postage prepaid and properly addressed to the following non-ECF recipient:

Clifton Tyron Holloway
129 Holy Hill Rd
Jayess, MS 39641
*Debtor*

This, the 16th day of October, 2024.

*/s/ Michael E. Phillips*
Michael E. Phillips